**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BURVIN STEVENSON,

        Plaintiff,           CIVIL ACTION NO. 07-CV-14040-DT

  vs.

                                 DISTRICT JUDGE DENISE PAGE HOOD

GEORGE PRAMSTALLER,      MAGISTRATE JUDGE MONA K. MAJZOUB
et al.,
        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO APPOINT COUNSEL

This matter is before the Court on Plaintiff's Motion for Reconsideration of this Court's earlier Order denying without prejudice Plaintiff's Motion to Appoint Counsel. (Docket no. 12). Plaintiff contends that he suffers from several medical conditions that will make it difficult for him to represent himself in this action and that the prison legal writer who has been assisting him may not be able to timely assist him in the future. Plaintiff alleges in his Amended Complaint that he is being denied proper medical care for cataracts. After considering the proper factors, the Court again concludes that the appointment of counsel for Plaintiff in this action at this time is not warranted. *See Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reconsideration (docket no. 12) is **DENIED.**

## NOTICE TO PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: February 05, 2008         s/ Mona K. Majzoub
                                 MONA K. MAJZOUB
                                 UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Burvin Stevenson on this date.

Dated: February 05, 2008         s/ Lisa C. Bartlett
                                 Courtroom Deputy