# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**BURVIN STEVENSON,**

       **Plaintiff,**          **CIVIL ACTION NO. 07-CV-14040-DT**

  **vs.**

                       **DISTRICT JUDGE DENISE PAGE HOOD**

**GEORGE PRAMSTALLER,**      **MAGISTRATE JUDGE MONA K. MAJZOUB**
**et al.,**

        **Defendants.**

_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO SHOW CAUSE

       This matter comes before the Court on Plaintiff's Motion to Show Cause filed on March 24, 2008. No response has been filed to this motion. Pretrial matters have been referred to the undersigned for decision. (Docket no. 5). The Court dispenses with oral argument, and this motion is now ready for ruling.

       Plaintiff's "motion" seeks information on why the summonses in this case have not yet been forwarded to him for service to be made on Defendants. Plaintiff paid the filing fee in this action. Therefore, Plaintiff has the duty to serve Defendants. Fed. R. Civ. P. 4(c)(1). The Court will direct the Clerk's Office to send to Plaintiff ten summons forms along with a copy of this Order. Plaintiff must properly complete the forms and return them to the Clerk's office which will return them to Plaintiff if they are properly completed. With this action Plaintiff's motion becomes moot and will be denied.

       **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Show Cause (docket no. 14) is **DENIED.**

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).


Dated: March 25, 2008                     s/ Mona K. Majzoub
                                          MONA K. MAJZOUB
                                          UNITED STATES MAGISTRATE JUDGE



## PROOF OF SERVICE

I hereby certify that a copy of this Opinion and Order was served upon Burvin Stevenson on this date.  Included 10 blank summonses for Mr. Stevenson to complete.

Dated: March 25, 2008                     s/ Lisa C. Bartlett
                                          Courtroom Deputy