# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**BURVIN STEVENSON,**

          **Plaintiff,**          **CIVIL ACTION NO. 07-CV-14040-DT**

    **vs.**

                               **DISTRICT JUDGE DENISE PAGE HOOD**

**GEORGE PRAMSTALLER,**     **MAGISTRATE JUDGE MONA K. MAJZOUB**
**et al.,**
          **Defendants.**
_____/

## OPINION AND ORDER GRANTING MOTION FOR PROTECTIVE ORDER

      This matter comes before the Court on the Motion for Protective Order Staying Discovery filed by Defendants Correctional Medical Services, Inc., Craig Hutchinson, and Rocco DeMasi. (Docket no. 53). Plaintiff has not responded to Defendants' Motion, and the time for responding has now expired. All pretrial matters have been referred to the undersigned for decision. (Docket no. 5). The Court dispenses with oral argument pursuant to E.D. Mich. LR 7.1(e). This matter is now ready for ruling.

      Because this is a *pro se* prisoner proceeding it is exempted from the initial disclosure requirements of Fed. R. Civ. P. 26. Fed. R. Civ. P. 26(a)(1)(B)(iv). The moving Defendants have filed a Motion to Dismiss which this Court has recommended be granted. (Docket no. 51). If the district court adopts this Court's recommendation, the moving Defendants will be dismissed. Accordingly, the Court finds good cause under Fed. R. Civ. P. 26(c) for staying discovery against these Defendants until their Motion to Dismiss is resolved.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Protective Order Staying Discovery (docket no. 53) is **GRANTED.**

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: November 24, 2008         s/ Mona K. Majzoub
                                           MONA K. MAJZOUB
                                           UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Opinion and Order was served upon Burvin Stevenson and Counsel of Record on this date.

Dated: November 24, 2008         s/ Lisa C. Bartlett
                                           Courtroom Deputy